Dana T. Braunskill
SP# 234594# / SBI# 000771471A#
Northern State Prison
#168# Frontage Road.
Newark, New Jersey. 07114.

RECEIVED
OCT 09 2018
AT 8:30_____M
WILLIAM T WALSH CLERK

U.S. District Court

Trenton, N.J.

Dana T. Braunskill                                   Docket #_____

V.

Officer(s) Jeffrey Robinson, Constantine Robinson,
Albert Vanderlinden, Kyle Brown, R. Byrd
and W. Hewitt.

## Jurisdiction

This is a Civil Action pursuant 42 U.S.C. 1983. Whereas the U.S. District Court shall maintain jurisdiction for 8th and 14th Amendment Constitutional Rights, violated by the above named defendants under the color of state law. The defendants are all being sued in their individual capacity and jointly.

This Court also has supplemental jurisdiction under 28 U.S.C 1367.

## Cause of Action

1) On date of November 29th 2017 at approximately I the plantiff became wantonly, visciously assaulted by officers Jeffrey Robinson, Constantine West, Albert Vanderlinden, Kyle Brown, R. Byrd and W. Hewitt. While, I was in the courtyard at Bayside State Prison. I was punched, stomped and struck repeatedly by all officers to assaulted me. I was stomped onto my back by SCO., Constantine and punched and kicked repeatedly by this officer named above. Once, I am subdued by other responding officers named above, herein. I was being visciously "assaulted" by each officer before I'm handcuffed and after I am on ground and handcuffed. (I suffered "numerous" injuries)

2) Thus, on November 29th 2017... after I was wantonly, visciously assaulted' by the hands of all officers as named above. I received medical treatment. For my face, head, ribs, back and nose-(ankle).

3) These officers all went without punishment and and acted sadistically in their actions alone as to assaulting me. The facts are "clearly" shown or and demonstrated by the "surveillance-cameras" (Four) to captured the incident of "assault" upon my person.

4) I was assaulted by officers to used "excessive-force" and "beaten-savagely" at the hands of all "officers" named above, herein. This is also a form of Continued Retalitory Conduct and Brutality against me by the Department Of Corrections by officers and Nepotism and or Abuse of Authority and Power. For my exercising my constitutional rights as a prisoner.

## Relief

The plantiff seeks compensatory and punitive damages in amount to be determined by the Court. Jointly and individually from each defendant.

Cost of Suit
Jury Trial
Attorney Fees.

I certify the foregoing is true     <u>1:4-4B</u>
October 3rd 2018

<u>Mr. Dana T. Braunskill.</u>
Sp# 234594# / SBI# 000771471A#

[ <u>Note</u>: Enclosed, an <u>affidavit</u> of a <u>witness</u>, attached. ]

## Affidavit

Statement: " I seen inmate Braunskill go out into the courtyard for recreation. Then I seen officer Robinson go into courtyard and attacked inmate Braunskill. Then officer West came running out calling for back-up, then they all came running out an attacked inmate Braunskill. Then they took him out of the unit that's all I seen". (Date of said incident, November 29th 2017.) _Desmond Hall_

I, _Desmond Hall_  SP #975506 / #350511-D hereby do swear an oath and truth told. Under R:1:4-4B.
Dated: March 21st 2018.

cc. cps. fwd/file:

October 3rd 2018

Fr: Dana T. Braunskill
SP# 234594#/#SBI# 000771471A#
Northern State Prison
#168# Frontage Road.
Newark, New Jersey. 07114.


Dear Clerk/Judge:

Please. File with the court enclosed lawsuit and send me a 1915-application. Thank you.

Respectfully,

Mr. Dana T. Braunskill.
Dana T. Braunskill

Mr. Dana T. Braunskill.
sp#234594# /#000771471A#
Northern State Prison.
#402# E. State Street,
Trenton, N.J. 08625.

Legal

USPS $00.47° — MAILED FROM ZIP CODE 07114 — OCT 04 2018

To: Mr. William T. Walsh, Judge.
Clerk, U.S. District Court,
#402# E. State Street, Rm.#2020#
Trenton, New Jersey. 08608.

Legal

Legal

08608$1507 C034

Legal

Legal

Legal