(1)

RECEIVED
CHAMBERS OF
MAR 01 2019
RENÉE MARIE BUMB, U.S.D.J.

Civil Action No.: 18-cv-14851-RMB-AMD;
Braunskill v. Robinson, et al.
PLD, Pro Se - PR.

Dana T. Braunskill
SP#234594 / SBI#000771471A"
Northern State Prison
"168" Frontage Road
Newark, New Jersey. 07114

February. 18th 2019

To: Honorable Judge - Renee Marie Bumb, U.S.D.J.;
U.S. District Court    District of New Jersey
Mitchell H. Cohen    U.S. Courthouse, Room #1050",
#1" John F. Gerry Plaza, 4th & Cooper Streets
Camden, New Jersey. 08101.

Dear Honorable Judge - Renee Marie Bumb:

I am the plantiff, and I have enclosed an Motion To Amend Complaint as per Order of your Honor. For to become entered by the Court's Clerk, William T. Walsh on my behalf and per your instruction given by Order dated January 23rd 2019.

Wherefore, I pray, that this Amended-Complaint will be honored and sufficient to accept under the laws of New Jersey Constitution and U.S. Constitution.

Please, do show your acknowledgement and verification of receipt towards this communication.
"Thank-you".

[cc. cps.Hd.Wrtn:]    Respectfully,
[fwd/ file]

Dated: February 18th 2019

Complaint - Civil Action
Case No. 1:18-cv-14851-RMB-AMD
Braunskill v. Robinson, et al
PLO. PRUSE-PR

Dana T. Braunskill
SP#234594*/SBI#000771471A#
"168" Frontage Road
Newark, New Jersey 07114

U.S. District Court
Camden, New Jersey

Docket No. 1:18-cv-14851-RMB-AMD

Plantiff - Dana T. Braunskill

v.

Defendant(s) - Officer Robinson, et al.
Defendants: Officers, Jeffrey Robinson, Constantine West, Albert Vanderlinden, Kyle Brown, R. Byrd and W. Hewitt.

## Jurisdiction

This is a Civil Action pursuant 42 U.S.C. 1983. Whereas the U.S. District Court shall maintain jurisdiction for 8th and 14th Amendment Constitutional Rights, violated by the above named defendants under the color of state law. The defendants are all being sued in their individual capacity and jointly.

This Court also has supplemental jurisdiction under 28 U.S.C. 1367.

U.S. Federal District Court. "A Motion To Amend Complaint"

## Cause of Action

1) On date of November 29th 2017 at approximately 8 a.m. - 9 a.m. I the plantiff Dana T. Braunskill became "assaulted" and was wantonly, visciously and maliciously assaulted by all officers named above herein. I became "sadistically" attacked by all officers named above. a. Officer Jeffrey Robinson assaulted my person upon his making "threats" of causing to doing "bodily-harm" to me. Thus, I was verbally abused before the assault against my person by Officer Jeffrey Robinson. b. Thus, on 11-29-27... I was

immediately approached by officer named J. Robinson while in the courtyard (recreation-period) in an aggressive mannerism and his actions placed me in fear of my safety and life-threatened.

c. This defendant's grabbed hold of my upper-body and attacking me was not warranted and unprovoked actions was without any valid penalogical-interests. This defendant's actions did lead to my being assaulted sadistically by other officers to responded to a code 33 incident "assault" alert. Thus, defendant Jeffrey Robinson's punching me repeatedly into my face, head and torso. Then, I am kicked "several-times" then by officer(s) J. Robinson while I am laying on my back and laying on my face-frontal body on the cement. While, I am "handcuffed" behind my back laying on the ground and bleeding from my face and nose and left-side of head behind my ear.    d. Thus, I am next subdued by "responding" officers to answering the code "33" on 11-29-17. Thus, defendant named Jeffrey Robinson's acted in a totally aggressive and unprofessional mannerism. That, lead to a horrifying "assault" against me and causing other officers to "assaulting" me needlessly and sadistically attacking me without sufficient cause of confronting me with such an ill-gotten incident or "assaultive-behaviorism" to causing a <u>violent</u> "confrontation".

e. This officer named Jeffrey Robinson's actions are linked to an incident, relating to a "grievance-letter" (that) I authored to Administrator- John Powell. Regarding, officer J. Robinson's having "illegally" <u>confinscated</u> a container, of Islamic Religious Literatures and "thrown-out" into the "garbage" outside of the unit. (This is recorded by camera such action taken by J. Robinson) This is a direct cause and reason of my claiming a 1st Amendment Right Violation and for Exercising Constitutionally Protected Rights based upon Retaliation and Abuse of Authority and Power. Furthermore, I had been molested by this officer named J. Robinson - at time of his "frisking" me upon attempting to entering the courtyard on 11-29-17, and this is also captured by "camera-surveillance" as well.

f. I the plaintiff was next fighting for my life. Because, I'm being "attacked" by officer Constantine West, he's assisting officer J. Robinson. The officer's actions are <u>extremely</u> "sadistic and malicious", and did not hold any "good-faith" intention to

(3)

restrain or restore order and control over I the plantiff. Wherefore, I did suffer several "physical-injurys" to my person. As a direct result of all actions or acts made against my person due to an unprovoked incident or unprovoked assault. This officer named Jeffrey Robinson's actions are "linked" to his own "dismay" towards the idea and fact, that, I wrote a "letter of grievance" to Administrator-John Powell about his ill-actions or harassment and molesting me as he's "frisking" me. Moreover, I was asked by officer Jeffrey Robinson—"why" I was in (adseg) administrative-segregation. I responded for assault on an officer(s) at New Jersey State Prison, and that I filed also a 1983 civil Action against New Jersey State Prison's officers. This is when I was first "threaten" then by officer Jeffrey Robinson. Thus, I do claim this to being sufficient reasons and grounds for my claiming any 1st Amendments Rights and Exercising Constitutional Rights. This also a matter of having protected rights under the 8th Amendments and 14th Amendments. See, Bendy v. Ocean County Jail, (3rd Cir. 341 Fed. Appx. 799, 802)(3rCir. 2009)

2) On date of 11-29-17 at approximately 8a.m-9a.m. I the plantiff was stomped on my back by officer-(s) Constantine West and sadistically, wantonly, visciously and malisciously "assaulted" by him. Thus, this officer's climbed atop a table with attached stools made of steel. He next "jumped" off of the "stool" onto my back and rib-cage, and began to "kicking" and "stompping" on my back while I'm face-down onto my belly and (other) officers is restraining my arms and legs — and officers are relentlessly and savagely "beating" me to "assault" me in such a "mannerism" that's not "proper" or with any degree of "penalogical-interest" and without "good-faith" to restore order.

a. I was 'utilizing' my "rights" to 'filing' any "grievances" and I did utilize my rights under the 8th Amendments and 1st Amendments. Thus, I have established a specific claim under the 1st Amendment and 8th Amendment to now bought to Amend the Court Order of the Court.

(4)

3) I the plantiff Dana T. Braunskill on 11-29-17, after I was wantonly, visciously, maliciously and sadistikly "assaulted" at the hands of all officers as named above. I did receive "medical" - "treatment" for several visible "physical-injuries" and given "2-x-rays" for possible fractures to wrisk and ankle. I was denied "x-rays" by the "medical-doctor" to examined me. She's refused to order a x-ray of my skull and ribs. This doctor's named Pamela Heath, of Southern State Prison. This is the annex – "holding-cells" for "detention" of inmates at Bayside State Prison. However, I did "receive" some "medical-treatment" (immediately) at Bayside State Prison's "medical-department" after the "assault", itself.

4) On date 11-29-17, I was "assaulted" by each officer named above and below. These officers all had began to punching, kicking and stomppIng on my person. While, I'm not hand-cuffed and while I am "handcuffed" laying on the ground in the middle of the courtyard. (Videos-Captured-Incident).
 a. I was "assaulted" and not only (simply) beaten. These facts are "clearly" shown and demonstrated to being with complete veracity and or determined to being without any "penaledgical-interest" to a fact-finder in and of itself.
 b. I the plantiff, was "assaulted" by "officers" named above in this "civil-action-complaint" to having used "Excessive Force" and "savagely-assaulted" at the hands of all "officers" given by name in this complaint, itself.
   Thus, this is also a form of Continued Retalitory Conduct and Brutality taken against me. Including, it is an element of "cruel and unusual punishment" under the 8th Amendment. See, Kauser, 241 F. 3d at 333. See, Farrell v. Planters Lifesavers Co., 206 F. 3d 271 (3rd Cir. 2000) See, AllAH 229 F. 3d at 224.

5) I plantiff - Dana T. Braunskill, was "assaulted" on 11-29-17 by officer-Albert Vanderlinden and was wantonly, sadisticly, visciously and maliciously assaulted by Albert VanderLin. Thus, I was assaulted by this officer after I'm subdued and I am (repeatedly) "kicked" and "strucked" by this officer.

(5)

6) I the plantiff, Dana T. Braunskill., on 11-29-17, was "assaulted" by officer(s) Kyle Brown, without cause to use "excessive-force" once, I am subdued and under the control of "responding-team" of officers.. to arrive to code #33 (assist-officers) and I'm restrained. I am also being "assaulted" by Kyle Brown — while, I am on the ground and bleeding around my head and face and nose. This officer's punching and slamming my face against the ground with his (gloved) hands. Did not hold any "good-faith" and was "excessive-force" and amounting to "assault" against my person.

7) I plantiff, Dana T. Braunskill on 11-29-17, was "assaulted" by officer- R. Byrd and wantonly, visciously, maliscously and sadisticly "assaulted" at the hands of this officer. Thus, I am being assaulted while I am laying on the ground "handcuffed" and I am face-down and arms are held down by officers placement of their "foots" (boots) onto my arms or wrisks. This officer named R. Byrd's punching and choking me. Thus, I am assaulted without any penalodgical-interests, whatsoever.

8) I plantiff, Dana T. Braunskill., on 11-29-17 was "assaulted" by officer-W. Hewitt. This officer's hitting and kicking me in my head and ribs repeatedly in a sadistic and malicious manner not considered in "good-faith" to restore order or control over inmate. While, I am (held) down and subdued on my face and belly to be sprawled out, with officers taking turns "striking" and "kicking" me repeatedly without "handcuffs" on me ... or and while I am in "handcuffs" laying on the ground.

9) Defendants all acted as if they have "impunity" to "assaulted" me and all went "unpunished" for their actions in "assaulting" me.

Relief Sought

I, Plantiff-Dana T. Braunskill seeks compensatory and punitive damages

(c)

in the amount to be determined by the Court ... Jointly and Separately.

Cost of Suit
Jury Trial
Attorney Fees

I certify the foregoing is true
Under Rule 1:4-4B.
February 18th 2019

Mr. Dana T. Brownskill
Dana T. Brownskill
sp# 234594 / soI 003771471A

[cc. cps. W. Wrtn: fwd/file]



$01.15
UNITED STATES POSTAGE
FEB 25 2019
MAILED FROM ZIP CODE 07114

"28435141" SBI #0177147114"
Northern State Prison
"168# Frontage Road
Newark, N.J. 07114

"Legal"

To: Honorable Judge Renee Marie Bumb, USDJ,
U.S. District Court    District of New Jersey
Mitchell H. Cohen   U.S. Courthouse, Room 4050,
#1" John F. Gerry Plaza,   4th & Cooper Streets.
Camden, New J. 02/25

"Legal"