```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| DANA T. BRAUNSKILL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER JEFFREY ROBINSON, et al.,<br><br>　　　　　Defendants. | Civil No. 18-14851 (NLH/AMD) |

### AMENDED SCHEDULING ORDER

　　　　This Scheduling Order confirms the directives given to counsel during the telephonic status conference held on March 5, 2021; and the Court noting the following appearances: Michael Poreda, Esquire, appearing on behalf of Plaintiff; and Marvin L. Freeman, DAG, appearing on behalf of Defendants, Jeffrey Robinson, Constantin West, William Hewitt, Roy K. Byrd and Kyle Brown; and good cause appearing for the entry of the within Order:

　　　　IT IS on this **5th** day of **March 2021,** hereby **ORDERED:**

　　　　1. The Court will conduct a telephone status conference on **May 27, 2021 at 2:30 P.M.** Counsel shall utilize the following dial-in instructions for the conference call: 1-888-684-8852 / 2828702# / 654321#.

　　　　2. Pretrial factual discovery is hereby extended to **June 1, 2021**. All pretrial discovery shall be concluded by that date. All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

　　　　3. **Depositions**. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge

Gawthrop, in *Hall v. Clifton Precision*, 150 F.R.D. 525 (E.D. Pa. 1993).

4. All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of Plaintiff shall be served upon counsel for Defendant not later than **June 1, 2021**. All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of Defendant shall be served upon counsel for Plaintiff not later than **June 30, 2021**. Each such report should be accompanied by the *curriculum vitae* of the proposed expert witness. No expert opinion testimony shall be admitted at trial with respect to any witness for whom this procedure has not been timely followed. Depositions of proposed expert witnesses shall be concluded by **July 15, 2021**.

For purposes of this Scheduling Order, treating physicians shall not be considered expert witnesses and shall be treated as fact witnesses who are, however, required to provide reports and records concerning their treatment. However, any doctor who is going to express an opinion as to the cause of a particular condition or as to the future prognosis of a particular condition shall be considered an expert subject to the requirement of FED. R. CIV. P. 26(a)(2)(B).

The parties shall also exchange, in accordance with the foregoing schedule, written statements identifying all opinion testimony counsel and the parties anticipate will be presented at trial pursuant to FED. R. EVID. 701 and *Teen-Ed v. Kimball International, Inc.*, 620 F.2d 399 (3d Cir. 1980).

5. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **July 30, 2021**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. CIV. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice – Generally).

6. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER** FED. R. CIV. P. **16(f).**

                                              s/ Ann Marie Donio
                                              ANN MARIE DONIO
                                              UNITED STATES MAGISTRATE JUDGE

cc: Hon. Renée Marie Bumb